FILED
CLERK, U.S. DISTRICT COURT
DEC - 3 2010
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

2:09-CR-281-PA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | ORDER OF DETENTION AFTER HEARING ( Fed.R.Crim.P. 32.1(a)(6) Allegations of Violations of Probation Supervised Release) Conditions of Release) |
| v. ) | |
| Eric Cardell Jamerson ) | |
| Defendant. ) | |

On arrest warrant issued by a United States District Court involving alleged violations of conditions of probation or Supervised Release,

The court finds no condition or combination of conditions that will reasonably assure:

(A)  ☒  the appearance of defendant as required; and/or

(B)  ☒  the safety of any person or the community.

//
//

The court concludes:

A. (X) Defendant poses a risk to the safety of other persons or the community because defendant has not demonstrated by clear and convincing evidence that:

he will obey conditions of release; defendant failed to comply w/ home detention

(B) (X) Defendant is a flight risk because defendant has not shown by clear and convincing evidence that:

he will obey conditions of release; also, defendant has outstanding warrant with DMV.

IT IS ORDERED that defendant be detained.

DATED: 12/3/10

SH Segal

SUZANNE H. SEGAL
UNITED STATES MAGISTRATE JUDGE